UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JHONATHAN VICTORIA JAVIER, :
    Petitioner :
 :
v. : CIVIL NO. 1:16-CV-0561
 :
CRAIG A. LOWE, WARDEN, PIKE :
COUNTY CORRECTIONAL :
FACILITY, :
    Respondent :

*O R D E R*

AND NOW, this 19th day of April, 2016, upon consideration of the report and recommendation of Chief Magistrate Judge Carlson (Doc. 7) filed on April 18, 2016, to which no objections will be filed (Doc. 8), and upon independent review of the record, it is ORDERED that:

    1. Judge Carlson's report and recommendation is ADOPTED in its entirety.

    2. Jhonathan Victoria Javier's petition pursuant to 28 U.S.C. § 2241 (Doc. 1) is GRANTED.

    3. Javier shall have an individualized bond hearing conducted by an Immigration Judge within twenty-one (21) days of the date of this order. At said hearing, the Government shall bear the burden of proving that continued detention is necessary to fulfill the purposes of the detention statute.

                                      /s/William W. Caldwell
                                      William W. Caldwell
                                      United States District Judge